ABBVIE INC., Abbvie Biotechnology
Limited, Plaintiffs–Appellees

v.

The KENNEDY TRUST RHEU-
MATOLOGY RESEARCH,
Defendant–Appellant.

No. 2014–1672.

United States Court of Appeals,
Federal Circuit.

April 8, 2015.

Michael A. Morin, Latham & Watkins LLP, Washington, DC, argued for plaintiffs-appellees. Also represented by David Penn Frazier; Casey L. Dwyer, William Barrett Raich, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC.

Mark Andrew Perry, Gibson, Dunn & Crutcher LLP, Washington, DC, argued for defendant-appellant. Also represented by Wayne M. Barsky, Timothy P. Best, Los Angeles, CA; Norman H. Zivin, John P. White, Robert Thomas Maldonado, Cooper & Dunham, LLP, New York, N.Y.

WALLACH, TARANTO, and CHEN, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**